AO91 (Rev. 12/03) Criminal Complaint  **FELONY**  AUSA  United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*February 19, 2025*

Southern District Of Texas Brownsville Division — Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 1:25-MJ-156 |

Cindy Yahaira BERMUDEZ-Aguilar
A077 481 708 Mexico
AKA Cindy BERMUDEZ, Yahaira BERMUDEZ, Cynthia BERMUDEZ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 18, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on February 18, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on February 06, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant was not in possession of any funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Vento, Joseph   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 19, 2025   at   Brownsville, Texas
Date                      City/State

Karen Betancourt   U.S. Magistrate Judge
Name of Judge          Title of Judge          Signature of Judge